No. 04–8665. ALLEN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–8668. BOTELLO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–8672. BLACK v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–8683. TALLEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–8691. CARTER v. GONZALES, ATTORNEY GENERAL, ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–8693. CORTEZ MARTIN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–8699. ARNOLD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–8700. ALTSCHUL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–8706. TURNER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–8712. CURTO v. CORNELL UNIVERSITY COLLEGE OF VETERINARY MEDICINE ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–8718. ORTIZ-GONZALEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–8723. MADDOX v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–8727. DAVIS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–8731. HARDY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–8733. HAZEL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.